# VERNER SIMON

Five Greentree Centre
525 Route 73 North, Suite 104
Marlton, New Jersey 08053
(856) 817 6315 / (856) 817 6017 Fax

30 Wall Street, 8th Floor
New York, New York 10005
(212) 502 5500 / (212) 502 5400 Fax
(973) 699 4621 Mobile

PLEASE REPLY TO:  NEW YORK

pwverner@vernerlaw.com

May 18, 2016

**VIA ECF**
Hon. Paul A. Crotty, U.S.D.C.J.
United States Courthouse
500 Pearl Street, Chambers 1350
New York, NY 10007

      Re:    *Palmer et al v. Cerastes, LLC et al*
               Case No. 14-cv-09462 (PAC)

Dear Judge Crotty:

     We are pleased to inform the Court that the parties have entered into a settlement agreement after mediation held in Seattle last week.  The settlement resolves all related litigations in this Court.

     Mr. Hall and I will be filing a a stipulation of dismissal as soon as the papers are finalized in Seattle.

     Thank you.

                         Very truly yours,
                         VERNER SIMON

                         PAUL W. VERNER

cc:    All Counsel