```
                       UNITED STATES DISTRICT COURT
                       SOUTHERN DISTRICT OF NEW YORK


----------------------------------------X
                                        :
PALMER, et al.,                         :
                                        :    14-CV-09462 (PAC)
                    Plaintiffs,         :
                                        :
              v.                        :    500 Pearl Street
                                        :    New York, New York
CERASTES, LLC., et al.,                 :
                                        :    January 12, 2016
                    Defendants.         :
----------------------------------------X


        TRANSCRIPT OF CIVIL CAUSE FOR STATUS CONFERENCE
               BEFORE THE HONORABLE PAUL A. CROTTY
                  UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For the Plaintiffs:           PAUL WILLIAM VERNER, ESQ.
                              110 Wall Street, 11th Floor
                              New York, New York 10005


For Cerastes, LLC; Stelis,    SPENCER HALL, ESQ.
LLC; Ophrys, LLC; Oak         Spencer Hall & Associates, PLLC
Harbor Capital X, LLC:        1200 Fifth Avenue
                              Suite #1414
                              Seattle, Washington 98101

                              ROBERT PLOTZ, ESQ.
                              Law Offices of Robert L. Plotz
                              565 Fifth Avenue, 7th Floor
                              New York, New York 10017


Court Transcriber:            RUTH ANN HAGER, C.E.T.**D-641
                              TypeWrite Word Processing Service
                              211 N. Milton Road
                              Saratoga Springs, New York 12866




Proceedings recorded by electronic sound recording,
transcript produced by transcription service
```

2

1    THE CLERK:  Your Honor, this is the matter of Palmer
2 v. Cerastes, et al., docket number 14-CV-09462.  Counsel for
3 plaintiff, please state your appearance again for the record.
4    MR. VERNER:  Paul Verner, Verner & Simon for the
5 plaintiffs, Your Honor.
6    THE CLERK:  For defendants.
7    MR. HALL:  Spencer Hall, counsel for Cerastes, LLC,
8 Stelis, LLC, Ophrys, LLC, and Oak Harbor Capital X, LLC.
9    MR. PLOTZ:  Robert Plotz for the same defendants.
10    THE COURT:  Mr. Plotz.  All right.  Well, I
11 thought we're -- Mr. Verner, please sit down.
12    MR. VERNER:  Thank you, Your Honor.
13    THE COURT:  I apologize.  I misjudged on the time.
14 I thought the hearing and the suppression of the gun in the
15 south Bronx would have been finished by 4:00 o'clock which
16 would have given us until 6:00.  As you can tell, I missed my
17 estimate, so I apologize for that.  To be candid with you, I'm
18 kind of pooped and so maybe we can talk about scheduling and
19 see where we go from here.
20    MR. VERNER:  Your Honor, I'm --
21    THE COURT:  Mister -- let me just finish here --
22    MR. VERNER:  Sure.
23    THE COURT:  -- Mr. Verner.
24 Mr. Hall, your case is finished, correct?
25    MR. HALL:  Yes.  My opening case, yes.

                                                                 3

1                THE COURT:  Yeah.  Okay.
2                Mr. Verner.
3                MR. VERNER:  We had estimated about 45 minutes on
4    Mr. Hall's motion.  Then we wanted to move into our cross.  I
5    have a trial.  I think I reminded the Court by letter.  I'm in
6    front of Judge Wexler starting next Tuesday.
7                THE COURT:  You need --
8                MR. VERNER:  Non-adjournment, one week at trial.
9                THE COURT:  Yeah.
10               MR. VERNER:  Other than that, I'm at your
11   convenience, Your Honor.
12               THE COURT:  Well, I mean, how much time are you
13   going to take, Mr. Verner?
14               MR. VERNER:  I don't see that we're going to spend
15   more than 45 minutes dealing with Mr. Hall's motion.  Our
16   cross is much quicker than that.  I think I've got one half-
17   hour of direct testimony and we'd be prepared to rest.  I'm
18   sure Mr. Hall will want to cross-examine Mr. Andrews.
19               THE COURT:  You think we can do it if we start it
20   tomorrow then?  Tomorrow I have a 2:00 o'clock plea in a 4:00
21   o'clock status conference in criminal matters, which means
22   they could start at 1:30 and go until 5:30, 6:00 o'clock.
23               MR. VERNER:  I'm available, Your Honor.
24               THE COURT:  Mr. Hall?
25               MR. VERNER:  That'd be great.

                                                                  4

1        MR. HALL:  Yes, Your Honor.
2        THE COURT:  Yeah.  Okay.  Well, that's what we'll
3   do.  Tomorrow we'll resume at 1:30.
4        MR. HALL:  Your Honor, I'm not sure I understood
5   you.  Just to be clear, are you saying we're going to start at
6   1:30 and run straight through until we're done or are there
7   other proceedings tomorrow afternoon?
8        THE COURT:  There's a plea at 2:00 o'clock in a
9   criminal case.  Taking the plea takes 15, 20 minutes.
10       MR. HALL:  All right.
11       THE COURT:  Then I have a status conference at 4:00
12  o'clock in a multi-defendant case involving some Dominican
13  drug dealers where they indicted 25, Mr. Hall?
14       MR. HALL:  Twenty-two, Your Honor.
15       THE COURT:  Twenty-two.  We're now down to eight
16  defendants.  So that won't take very long because it's -- 3
17       MR. VERNER:  We'll try and go fast, Your Honor.
18       THE COURT:  Okay.  But I can -- so two conferences I
19  have will take about 15 minutes each and maybe you need a
20  break, but if we start at 1:30 and go to 6:00, hopefully we
21  can finish.
22       MR. HALL:  Thank you, Your Honor.
23       MR. VERNER:  Thank you, Your Honor.  Appreciate the
24  time.
25                      * * * * * * * *

```
                                                                    5
 1          I certify that the foregoing is a court transcript
 2   from an electronic sound recording of the proceedings in the
 3   above-entitled matter.
 4
 5                                   _____
 6                                   Ruth Ann Hager, C.E.T.**D-641
 7   Dated:  January 18, 2016
```